IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 14 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR.No.
)
vs. ) In violation of 18 U.S.C.
) § 922(g)(1)
JUAN CUTHBERT )

INDICTMENT CR 07 029ML

The Grand Jury charges that:

On or about December 31, 2006, in the District of Rhode Island, the defendant JUAN CUTHBERT, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a AMT .22 Caliber handgun, serial number H29323

In violation of 18 U.S.C. § 922(g)(1)

A TRUE BILL:

REDACTED

Date:

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

LUIS M. MATOS
First Assistant U.S. Attorney