AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

USA

v.

Ivan Cuthbert

APPEARANCE

CASE NUMBER: CR07-29ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ivan Cuthbert

I certify that I am admitted to practice in this court.

3-19-07
Date

David A. Cooper
Signature

David A. Cooper 1981
Print Name Bar Number

127 Dorrance ST
Address

Prov RI 02903
City State Zip Code

401-273-1880 401-331-2336
Phone Number Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.